UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT ROJAS,

          Plaintiff,

          -against-

MPHASIS CORPORATION,

          Defendant.
------------------------------------------------------------x

25-cv-5916 (JMF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 1 – 24.

Upon preliminary review of Mr. Rojas's complaint (ECF 1), he appears to request the same relief that he requests in counterclaims in the previously-filed case *Mphasis Corporation v. Rojas*, 25-cv-3175. (See e.g. 25-cv-3175 ECF Nos. 215, 242, 279, 343, 354, and 362).

Since Mphasis has filed a motion to dismiss those counterclaims (See 25-cv-3175 ECF 269), this case is **STAYED** pending the resolution of that motion.

**Both parties are WARNED that ANY additional filing on the docket in this case until further order of the Court will be a direct violation of this Order. Such filings may be stricken and the party making the filing may be sanctioned pursuant to Fed. R. Civ. P. 16(f).**

SO ORDERED.

Dated: July 31, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge