**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
ALBERT ROJAS,                                                :
                                                             :
                    Plaintiff,                               :       25-cv-5916 (JMF) (OTW)
                                                             :
            -against-                                        :       ORDER
                                                             :
MPHASIS CORPORATION,                                         :
                                                             :
                    Defendant.                               :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On July 31, 2025, I stayed this case pending the resolution of Defendant Mphasis's motion to dismiss Plaintiff Mr. Rojas's counterclaims in the earlier filed case *Mphasis Corporation v. Rojas*, which appear to be duplicative of Plaintiff's complaint here. (ECF 28) (*See* 25-cv-3175 ECF 269).

On August 1, 2025, Plaintiff filed ECF Nos. 32, 33, and 34. These filings are a direct violation of my July 31 Order. (ECF 28). There is no question the Plaintiff was aware of my Order because ECF 33 references the stay and purports to be filing ECF Nos. 32, 33, and 34 in "good faith compliance" with my July 31 Order. (ECF 32 at 1, 3).

Nothing in ECF 28 required "compliance" by the Plaintiff in the form of any additional filings. To the extent ECF 32 is, indeed, a motion for <u>leave</u> to file a document, that leave is **DENIED**.

**Plaintiff is WARNED that ANY additional filing on the docket in this case until further order of the Court will be a direct violation of this Order. Such filings may be stricken and the party making the filing may be sanctioned pursuant to Fed. R. Civ. P. 16(f).**

The Clerk of Court is respectfully directed to strike ECF Nos. 32, 33, and 34.

**SO ORDERED.**

Dated: August 18, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge