UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALBERT ROJAS,

            Plaintiff,

           -against-

MPHASIS CORPORATION,

           Defendant.

------------------------------------------------------------x

25-cv-5916 (JMF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On July 31, 2025, I stayed this case pending the resolution of Mphasis's motion to dismiss Rojas's counterclaims in the related, and prior-filed, case *Mphasis Corporation v. Rojas*, 25-cv-3175 and ordered a filing injunction while the stay is in effect. (ECF 28). On October 30, Plaintiff filed ECF 36 "seeking clarification" of ECF 28. The motion to dismiss in the prior-filed case has not been decided and, accordingly, my prior Order staying this case remains in effect and, therefore, so does the filing injunction. Accordingly, since ECF 36 was filed in violation of the filing injunction, it is **STRICKEN** (*See* ECF Nos. 28, 35).

      **PLAINTIFF IS WARNED THAT <u>ANY</u> ADDITIONAL FILING IN THIS CASE WHILE IT IS STAYED, WITHOUT EXCEPTION, WILL RESULT IN MONETARY SANCTIONS OF $5 PER FILING AND MAY RESULT IN A REVOCATION OF ECF FILING PRIVILEGES.**
The Clerk of Court is respectfully directed to strike ECF 36.

      SO ORDERED.

Dated: November 5, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge